STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7034
    FAX: (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-00225-JD |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| GREGORY CHARLES MORTON III, | |
| Defendant. | |

On June 14, 2022, defendant Gregory Charles Morton III, was charged by indictment with two counts of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

This matter came before the Court on June 15, 2022, for a detention hearing pursuant to 18 U.S.C. § 3142(f)(1)(E). The defendant was present and represented by Assistant Federal Public Defender Gabriela A. Bischof. Assistant United States Attorney Daniel N. Kassabian appeared for the government. The government moved for detention, and the defendant did not oppose. At the hearing, counsel for the government submitted a proffer.

Upon consideration of the facts, the proffer, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required and clear and convincing evidence that no condition or

combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1). The Court makes the following findings as the basis for its conclusion: the offenses involve firearms, the defendant was on release pending sentencing for an offense under State law, and the nature and seriousness of the danger to any person or the community that would be posed by the person's release. This finding is made without prejudice to the defendant's right to seek review of defendant's detention or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: June 21, 2022

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge