STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7034
    Facsimile:    (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-00225-JD |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM JUNE 27, 2022 TO SEPTEMBER 12, 2022, AND [PROPOSED] ORDER |
| v. | |
| GREGORY CHARLES MORTON III, | |
| Defendant. | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant Gregory Charles Morton III that time be excluded under the Speedy Trial Act from June 27, 2022 through September 12, 2022.

    At the status conference held on June 27, 2022, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until September 12, 2022 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 27, 2022 through September 12, 2022 from computation under the Speedy Trial Act outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  August 22, 2022

        /s/
DANIEL N. KASSABIAN
Assistant United States Attorney

        /s/
GABRIELA A. BISCHOF
Assistant Federal Public Defender
Counsel for Defendant
GREGORY CHARLES MORTON III

## ~~[PROPOSED]~~ ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on June 27, 2022 and for good cause shown, the Court finds that failing to exclude the time from June 27, 2022 through September 12, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 27, 2022 through September 12, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 27, 2022 through September 12, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  August 24, 2022

        HON. JAMES J. DONATO
United States District Judge