JODI LINKER
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant MORTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 3:22-cr-00225-JD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| GREGORY MORTON, | |
| Defendant. | |

    Defendant Gregory Morton is set to appear before this Court for sentencing on May 15, 2023. Undersigned defense counsel will be in trial on May 15, 2023, and is therefore unavailable to make the appearance.

    Due to the unavailability of counsel, Mr. Morton respectfully requests that the sentencing currently set for May 15, 2023, be continued until June 12, 2023, or as soon thereafter as it can be heard. The government has no objection to his request.

*US v. Morton,* CR 3:22-cr-00225-JD;
[PROPOSED] ORD. TO CONT.                    1

IT IS SO STIPULATED.

DATED:                                                SIGNED:

April 28, 2023
Date

/s/
DANIEL KASSABIAN
Assistant United States Attorney

April 28, 2023
Date

/s/
GABRIELA BISCHOF
Attorney for Defendant Morton

GOOD CAUSE APPEARING, IT IS SO ORDERED.

May 2, 2023
Date

HON. JAMES DONATO
United States District Judge